**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOEL ROSENZWEIG and FEIGE ROSENSWEIG, on behalf of themselves and all other similarly situated consumers | Civil Case No: 1:20-cv- 00484-RPK-RER |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| -v- | |
| CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES, | |
| Defendants. | |

Defendant, CREDIT CONTROL SERVICES, INC. D/B/A/ CREDIT COLLECTION SERVICES, by and through counsel, herein provides Notice to the Court with consent of Plaintiff, that the present case has been settled between the parties, and:

**WHEREFORE**, a settlement agreement ("Agreement") is in the process of being finalized, and upon payment of the settlement amount, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

As such, the parties request the Court stay this case and adjourn all deadlines and conferences.

Dated:  August 20, 2020

Respectfully submitted,

BY: _____

Lori J. Quinn, Esq.
*Attorneys for Defendant,*
*Credit Control Services, Inc. d/b/a*
*Credit Collection Services,*
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 453-0758

1